

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
P. O. Box 1000
Butner, North Carolina 27509

August 4, 2020

The Honorable James E. Gates
United States Magistrate Judge
310 New Bern Avenue
Raleigh, NC 27601

RE: RUBALCAVA, Richard
    REGISTER NUMBER: 02469-509
    DOCKET NUMBER: 5:20-MJ-1642-JG

Dear Judge Gates:

The above-referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, July 15, 2020, pursuant to the provisions of Title 18, United States Code, Section 4241 (a)(b) and 4247 (b)(c). Per CDC and Bureau of Prisons guidance intended to mitigate the spread of COVID-19, Mr. Rubalcava was immediately placed on quarantine status on arrival to the institution. The quarantine and associated testing will last approximately 21 days. While he will have access to routine and emergency mental health care during quarantine, it will not be possible to conduct necessary interviews or psychological testing until he is released from quarantine. It is anticipated Mr. Rubalcava will be discharged from quarantine status on or about August 5, 2020. Accordingly, we respectfully request the evaluation period start on the date of his release from quarantine and be extended for 15 days.

If this request is granted, the evaluation period will end on September 19, 2020. Staff will complete the evaluation as soon as possible after that date and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please complete the bottom section of this request and return by fax machine to Bracey Benson, Psychology Technician, at (919) 575-2015, and to Antonia Loyd, Supervisory Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-4541.

Respectfully,

R. Ramos
Warden

[X] The above requested extension of time is hereby granted

[ ] The above requested extension of time is not hereby granted

Signature: _Louise W. Flanagan_      DATE: August 7, 2020

LOUISE W. FLANAGAN
United States District Judge